USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/26/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JAVIER CANO,** *individually and on behalf of others similarly situated,*

                **Plaintiff,**

-against-

**ALICE DRY CLEANERS CORP. ET AL.,**

                **Defendants.**

**21-CV-06461 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It has come to the Court's attention that the parties have reached settlement on all issues. ECF No. 24. The parties are hereby **ORDERED** to file the Settlement Agreement and fairness memorandum, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), for review and approval no later than **November 9, 2021.**

**SO ORDERED.**

Dated:    **Oct. 26, 2021**
           **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**