**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

JAVIER CANO, *individually and on behalf of others similarly situated,*

                Plaintiff,

-against-

ALICE DRY CLEANERS CORP. (D/B/A ALICE DRY CLEANERS), YNGWEN KANG, and DONG HYUN PARK AKA RAFAEL,

                Defendants.
---------------------------------------------------------X

1:21-cv-06461-ALC

**(PROPOSED) JUDGMENT**

WHEREAS on or about November 9, 2021, Defendants ALICE DRY CLEANERS CORP. (D/B/A ALICE DRY CLEANERS), YNGWEN KANG, and DONG HYUN PARK AKA RAFAEL extended to Plaintiff JAVIER CANO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Thirty-Four Thousand Dollars and Zero Cents ($34,000.00)</u>, and whereas said Plaintiff accepted said offer on or about November 9, 2021,

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Thirty-Four Thousand Dollars and Zero Cents ($34,000.00)</u>.

Dated: New York, New York

      _____ , 2021

_____
JUDGE ANDREW L. CARTER, JR., U.S.D.J.