UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JAVIER CANO, *individually and on behalf of others similarly situated,*

                      Plaintiff,

-against-

ALICE DRY CLEANERS CORP. (D/B/A ALICE DRY CLEANERS), YNGWEN KANG, and DONG HYUN PARK AKA RAFAEL,

                      Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/10/2021

1:21-cv-06461-ALC

**FED. R. CIV. P. 68(a)
JUDGMENT**

      WHEREAS on or about November 9, 2021, Defendants ALICE DRY CLEANERS CORP. (D/B/A ALICE DRY CLEANERS), YNGWEN KANG, and DONG HYUN PARK AKA RAFAEL extended to Plaintiff JAVIER CANO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Thirty-Four Thousand Dollars and Zero Cents ($34,000.00)</u>, and whereas said Plaintiff accepted said offer on or about November 9, 2021,

      JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Thirty-Four Thousand Dollars and Zero Cents ($34,000.00)</u>. *See Mei Xing Yu v. Hasaki Restaurant, Inc.*, 944 F.3d 395 (2d Cir. 2019).

Dated: New York, New York

          **November 10**, 2021

                                                          _____
                                                         JUDGE ANDREW L. CARTER, JR., U.S.D.J.